Antonio **PAREDES,** Claimant–Appellant

v.

Robert A. **McDONALD,** Secretary of Veterans Affairs, Respondent–Appellee.

No. 2015–7026.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2016.

Matthew J. Ilacqua, Chisholm Chisholm & Kilpatrick, Providence, RI, argued for claimant-appellant. Also represented by Zachary Stolz, Robert Vincent Chisholm; Barbara J. Cook, Cincinnati, OH; Christopher J. Clay, Disabled American Veterans, Cold Spring, KY.

Emma Bond, Commercial Litigation Branch, Civil Division, United States De-

partment of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin, K. Elizabeth Witwer; Y. Ken Lee, Meghan Alphonso, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

LOURIE, DYK, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.